MICHAEL ALAN RUBIN
Plaintiff In Pro Per
4712 Admiralty Way, Suite 276
Marina del Rey, CA 90292
Tel: 818-279-1886
Email: m-alan2011@live.com

FILED

2011 DEC -2 ... 1: 23

CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL ALAN RUBIN, | CASE NUMBER |
| | CV11-8419-RGK (JCx) |
| Plaintiff(s), | |
| WARNER BROS. ENTERTAINMENT INC.; LEGENDARY PICTURES, INC.; LIVING FILM CORPORATION LIMITED; TODD PHILLIPS; et al., | NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c) |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ ONLY Defendant(s) __STEPHEN LEO "STEVE" BING -- WITH PREJUDICE.__

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by MICHAEL ALAN RUBIN.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

12/02/2011
Date

Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*