MICHAEL ALAN RUBIN
Plaintiff In Pro Per
4712 Admiralty Way, Suite 276
Marina del Rey, CA 90292
Tel: 818-279-1886
Email: m-alan2011@live.com

FILED

2011 DEC 12 PM 12: 25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

MICHAEL ALAN RUBIN,

Plaintiff(s),

WARNER BROS. ENTERTAINMENT INC.;
LEGENDARY PICTURES, INC.; LIVING FILM
CORPORATION LIMITED; TODD PHILLIPS; et al.,

Defendant(s).

CASE NUMBER

CV11-8419-RGK (JCx)

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☐ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑ ONLY Defendant(s) __WARNER BROS ENTERTAINMENT INC__ w/o prejudice

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim
brought by __MICHAEL ALAN RUBIN__.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

12/12/2011
Date

Signature of Attorney/Party

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)   NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)